1  Collin M. Bogener, State Bar No.: 272560
   Aaron W. Moore, State Bar No.: 248566
2  Michael L. Ricks, State Bar No.: 314687
   Jason R. Lehfeldt, State Bar No.: 215792
3  **MOORE & BOGENER, INC.**
4  1600 West Street
   Redding, California 96001
5  (530) 605-0355 / 605-3693 (fax)

6
   Attorney(s) for Defendant
7  Basic Laboratory, Inc.

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KIMBERLY R. OLSON,                      CASE NO. 2:16-cv-0956-KJM-EFB

12            Plaintiff,                    **STIPULATION OF DISMISSAL [FRCP
                                            41(a)] AND ORDER OF DISMISSAL**
13       vs.
                                            U.S.District Court – Chief District Judge:
14  PATRICIA SLOTE; LEE BUCKLEY;            Hon. Kimberly J. Mueller
    MELISSA PETERSON; ROGER PUCKETT,
15  SR.; ROBERT WINSTON; JULIE BOWLES;
    CLINT DINGMAN; ERNEST GOFF;
16  HORNBROOK COMMUNITY SERVICES
    DISTRICT; HORNBROOK COMMUNITY
17  BIBBLE CHURCH, INC.,; KIRSHER
    WINSTON & BOSTON, LLC; BASIC
18  LABORATORY, INC.; STEVEN
    CRITTENDEN; PETER KAMPA; and
19  KEVIN DIXON,

20            Defendants.

21

22         Plaintiff Kimberly R. Olson and Defendant Basic Laboratory, Inc. hereby stipulate under

23  Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims, allegations, and causes of action in this

24  action against Defendant Basic Laboratory, Inc. be dismissed with prejudice as to Defendant Basic

25  Laboratory, Inc. only, with each party bearing that party's own attorney's fees and costs.

26  / / /

27  / / /

28  / / /

                                            1
              STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL

1    Dated: October 26, 2021                    MOORE & BOGENER, INC.

2

3                                               By: _____

4                                                  COLLIN M. BOGENER
                                                   Attorney for Basic Laboratory, Inc.

5
     Dated: October ___, 2021                   _____
6                                                  KIMBERLY R. OLSON
7                                                  Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         2
                STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL

1

**ORDER OF DISMISSAL**

2

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

3

41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION AGAINST DEFENDANT BASIC

4

LABORATORY, INC. BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all

claims, allegations, and causes of action, with each party bearing that party's own attorney's

5

fees and costs.

6

7

Dated:   November 15, 2021

8

9

CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL