UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KIMBERLY R. OLSON, | No. 2:16-cv-956-KJM-EFB (PS) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| PATRICIA SLOTE, et al., | |
| Defendants. | |

On October 31, 2022, the court dismissed plaintiff's first amended complaint with leave to amend within 21 days. ECF No. 15. Plaintiff now requests a sixty-day extension of time in which to file an amended complaint. ECF No. 16. The court will grant plaintiff's request for an extension of time, but notes that preparing an amended complaint does not require extensive legal research, as it should not contain any legal citations, but only a short and plain statement of the facts showing that plaintiff is entitled to relief.

Accordingly, IT IS HEREBY ORDERED that plaintiff's second amended complaint shall be filed on or before January 17, 2023. Failure to file an amended complaint will result in a recommendation that this action be dismissed. *See* Fed. R. Civ. P. 41(b). The court is not inclined to grant further requests for extensions of time.

DATED:  November 16, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE