UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA SLOTE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-00956-DC-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 22) |

    Plaintiff Kimberly R. Olson proceeds *pro se* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 27, 2025, the assigned magistrate judge screened Plaintiff's operative second amended complaint and recommended that the court dismiss the following claims with prejudice for failure to state a claim upon which relief can be granted: deprivation of rights as granted by the Hornbrook Community Services District ("HCSD") bylaws, and without due process (Federal Claim Count I); negligent infliction of emotional distress (State Claim Count VII); and violation of the California Public Records Act as a waste of public funds (State Claim Count VIII). (Doc. No. 22 at 8, 12–14, 16.)

    Those findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 16.) To date, no objections to the pending findings and recommendations have been filed, and the time in

which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 27, 2025 (Doc. No. 22) are ADOPTED in full;

2. The following claims set forth in Plaintiff's second amended complaint (Doc. No. 18) are DISMSSED with prejudice:
   a. Federal Claim Count I; and
   b. State Claims: Count VII and Count VIII.

3. This action proceeds only on the following claims set forth in Plaintiff's second amended complaint:
   a. Federal Claims: Count II, Count III, Count IV, Count V, and Count VI; and
   b. State Claims: Count I, Count II, Count III, Count IV, Count V, Count VI, Count IX, Count X.

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 25, 2025**

Dena Coggins
United States District Judge

2