1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, | No.  2:16-CV-0956-DC-DMC |
| Plaintiff, | ORDER |
| v. | |
| PARTICIA SLOTE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter is set for an initial status/scheduling conference before the undersigned on November 5, 2025, at 10:00 a.m., via Zoom.  On or before October 29, 2025, the parties shall meet and confer and file with the Court a revised <u>joint</u> scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.


Dated:  August 25, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1